John J. Edmonds (SBN 274200)
  jedmonds@ip-lit.com
Stephen F. Schlather
  sschlather@ip-lit.com
Shea N. Palavan
  spalavan@ip-lit.com
**COLLINS EDMONDS SCHLATHER & TOWER, PLLC**
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorneys for Plaintiff,

**DATAMOTION TEXAS LLC**

Barry K. Shelton
  barry.shelton@pillsburylaw.com
Conor M. Civins
  conor.civins@pillsburylaw.com
Brian C. Nash
  brian.nash@pillsburylaw.com
Matthew K. Gates
  matt.gates@pillsburylaw.com
David N. Patariu
  david.patariu@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
401 Congress Ave., Suite 1700
Austin, Texas 78701
Telephone: (512) 580-9607
Facsimile: (512) 580-9600

Attorneys for Defendant,

**HSBC BANK USA, N.A.**

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATAMOTION TEXAS LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HSBC BANK USA, N.A.,<br><br>　　　　Defendant. | Case No. 4:16-cv-01027-DMR<br><br>**JOINT MOTION TO DISMISS** |

WHEREAS, Plaintiff DataMotion Texas LLC ("DataMotion") and HSBC Bank USA, N.A. ("HSBC") has resolved Plaintiff's claims for relief against HSBC and HSBC's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, DataMotion and HSBC, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against HSBC with prejudice and HSBC's claims,

defenses or counterclaims for relief against DataMotion without prejudice, and with all attorneys' fees, cost of court and expenses borne by the party incurring same.

DATED: March 17, 2016

          Respectfully submitted,

          COLLINS EDMONDS SCHLATHER & TOWER, PLLC

          */s/ John J. Edmonds*
          John J. Edmonds – Lead Counsel

          ***Attorneys for Plaintiff,***
          ***DataMotion Texas, LLC***

          PILLSBURY WINTHROP SHAW PITTMAN LLP

          */s/ Barry K. Shelton*
          Barry K. Shelton – Lead Counsel

          ***Attorneys for Defendant,***
          ***HSBC Bank USA, N.A.***